**SEALED**

BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

JUN 21 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2 12 - CR - 227    KJM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. |
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL |
| MICHAEL CHARLES ROSS, and VYACHESLAV VASILYEVI BEREZENKO, | ) (UNDER SEAL) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: June 21, 2012

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

1