

# FILED

MAR 1 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:12-cr-00227-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| MICHAEL CHARLES ROSS, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Michael Charles Ross</u> from custody subject to

the conditions contained in the "Notice to Defendant Being Released" and:

       \_    Release on Personal Recognizance

       \_    Bail Posted in the Sum of _____

       X    Unsecured Appearance Bond in the amount of $25,000.00 co-signed

              by Olesya Yuriychuk (ECF 11).

       \_    Corporate Surety Bail Bond

       X    (Other) <u>Pretrial Services Supervision as previously imposed and the</u>

              <u>added special conditions #11 and #12 as stated on the record.</u>

Issued at <u>Sacramento, CA</u> on <u>3/13/2013</u> at <u>10:30 a.m.</u>,

By _____

Kimberly J. Mueller
United States District Judge